# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148697

SHALANDA M. GOLDEN,
       Plaintiff-Appellant,

v

DEPARTMENT OF HUMAN SERVICES,
       Defendant-Appellee.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148697
COA: 317056
MCAC: 12-000039

On order of the Court, the application for leave to appeal the January 2, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014


Clerk

t0616